IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

v.                                                No. CV 09-1091 JB/LAM
                                                      CR 04-1208 JB

**DOMINIC JACQUEZ,**

    **Defendant/Movant.**

### ORDER TO CURE DEFICIENCY

Defendant/Movant submitted a *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 1)*. The Court determines that the motion is deficient, specifically, the motion

___ is not on proper form
_X_ is missing an original signature by the prisoner
___ is missing page nos.

Failure to cure the designated deficiency **within thirty (30) days** from the date of this Order *may result in dismissal of the motion without prejudice without further notice.*

**IT IS THEREFORE ORDERED** that Defendant/Movant cure the deficiency designated above **within thirty (30) days** from the date of this Order. Any papers which Defendant/Movant files in response to this Order must include the case numbers above.

**IT IS FURTHER ORDERED** that the Clerk of the Court mail to Defendant/Movant, together with a copy of this Order, a form § 2255 motion with instructions.

**IT IS SO ORDERED.**

                                                 *Lourdes A. Martínez*
                                                 **LOURDES A. MARTÍNEZ**
                                                 **UNITED STATES MAGISTRATE JUDGE**